UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SALWA ZOURA,

              Plaintiff,

        v.                                    Case No. 16-13055

COMMISSIONER OF SOCIAL                        HON. TERRENCE G. BERG
SECURITY,                                     HON. R. STEVEN WHALEN

              Defendant.
_____/

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. 23)</u>

This matter is before the Court on Magistrate Judge R. Steven Whalen's

August 23, 2017 Report and Recommendation (Dkt. 23), recommending that

Defendant's Motion for Summary Judgment (Dkt. 21), be **GRANTED**, and that

Plaintiff's Motion for Summary Judgment (Dkt. 19) be **DENIED**.

The Court has reviewed the Magistrate Judge's Report and Recommendation.

The law provides that either party may serve and file written objections "[w]ithin

fourteen days after being served with a copy" of a report and recommendation.

28 U.S.C. § 636(b)(1).  The district court will make a *de novo* determination of those

portions of the report . . . to which objection is made." *Id.*  Where, as here, neither

party objects to the report, the district court is not obligated to independently

review the record.  *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985).  The Court will

therefore accept the Magistrate's Report and Recommendation of August 23, 2017

as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Whalen's Report and Recommendation of August 23, 2017 is **ACCEPTED** and **ADOPTED**.

**SO ORDERED.**

Dated: September 27, 2017
s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I hereby certify that this Order was electronically submitted on September 27, 2017, using the CM/ECF system, which will send notification to all parties.

s/A. Chubb
Case Manager